# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN,              )<br>    Plaintiff(s)                              )<br>                                                    )<br>         v.                                          )<br>                                                    )<br>DENNIS HUKOWICZ, director Police )<br>Department of the Town of Hadley, MA )<br>and MARK RUDDOCK.,                )<br>    Defendant(s)                           ) | CIVIL ACTION NO. 3:10-cv-30130-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Dennis Hukowicz, et al., against the plaintiff Richard Max Strahan, pursuant to the court's endorsed order entered this date, granting the plaintiff's motion to dismiss.

                                              **SARAH A. THORNTON**,
                                              CLERK OF COURT

Dated: September 16, 2010           By /s/ *Maurice G. Lindsay*
                                                       Maurice G. Lindsay
                                                       Deputy Clerk